IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN T. WALKER, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK REGAN et al., | : | No. 13-7556 |
|     *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 9th day of January, 2018, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 77 & 84), Mr. Walker's Responses to the Motions (Doc. Nos. 82, 85 & 87), and Defendants' Reply in Support (Doc. No. 86) it is **hereby ORDERED** that the Motions to Dismiss (Doc. Nos. 77 & 84) are **GRANTED** in part and **DENIED** in part as outlined in the Court's January 9, 2018 memorandum opinion.

The Clerk of Court shall terminate the following defendants from the case: Patricia Connor-Council, Mrs. B. Shaw, Charles Hensley, Mr. M. Knapp, Jeffrey Baker, Michael Wenerowicz, Darina Verner, Melissa Delliponti, Mrs. Wilcox, Pamela Sellers, Mr. Fisk, Ms. Clark, Mr. Aleman, Ms. Strenkoski, Mr. Stimmel, John Wetzel, & Cynthia Link.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE