IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHAWN T. WALKER, | : | |
| --- | --- | --- |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK REGAN, | : | No. 13-7556 |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 14th day of February, 2019, upon consideration of Non-Party Secretary John Wetzel's Motion for Protective Order (Doc. No. 123); Non-Party Secretary John Wetzel's Amended Motion for Protective Order (Doc. No. 124); Plaintiff Shawn T. Walker's Opposition to the Amended Motion for Protective Order (Doc. No. 127); Plaintiff Shawn T. Walker's Motion to Compel Discovery (Doc. No. 126); and Non-Party Secretary John Wetzel's Motion to Quash and Opposition to the Motion to Compel (Doc. No. 128), it is **ORDERED** that, in accordance with the accompanying memorandum:

1. Non-Party Secretary Wetzel's Motion for Protective Order (Doc. No. 123) is **MOOT**;

2. Non-Party Secretary Wetzel's Amended Motion for Protective Order (Doc. No. 124) is **GRANTED** and Secretary Wetzel is not required to produce any portion of the policy documents that were submitted for *in camera* review;

3. Plaintiff Shawn T. Walker's Motion to Compel Discovery (Doc. No. 126) is **DENIED**; and

4. Non-Party Secretary Wetzel's Motion to Quash (Doc. No. 128) is **GRANTED** and Secretary Wetzel is not required to produce the two vote sheets referred to in plaintiff's subpoena and Motion to Compel Discovery.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE