# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN T. WALKER, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK REGAN, | : | No. 13-7556 |
|     *Defendant*. | : | |

## O R D E R

**AND NOW**, this 27th day of February, 2019, upon consideration of Defendant Frank Regan's Motion for Summary Judgment (Doc. No. 94), Plaintiff Shawn T. Walker's Brief in Opposition (Doc. No. 104), Mr. Walker's Declaration (Doc. No. 105), and Mr. Regan's Reply (Docket No. 108), **it is ORDERED** that, as outlined in the Court's February 27, 2019 memorandum, the Motion (Doc. No. 94) is **GRANTED** as to Mr. Walker's 2013 retaliation claim and **DENIED** as to Mr. Walker's 2014 retaliation claim and Mr. Walker's request for punitive damages.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE