IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN T. WALKER, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK REGAN et al., | : | No. 13-7556 |
| *Defendants* | : | |

## ORDER

**AND NOW,** on this 4th day of February, 2020, upon consideration of Mr. Walker's "Petition for Writ of Habeas Corpus Ad Testificandum" to require Superintendent Tammy Ferguson of SCI-Phoenix to produce Christopher Williams to testify at trial (Doc. No. 144), the Defendant's responses (Doc. Nos. 145, 152), Mr. Walker's additional "Petition for Writ of Habeas Corpus Ad Testificandum" for the production of Hugh Williams and Curtis Govan to testify at trial (Doc. No. 146-1), the Defendant's response (Doc. No. 146), Mr. Walker's motion in limine (Doc. No. 151), and the Defendant's response (Doc. No. 153), it is **ORDERED** that the Plaintiff's petition (Doc. No. 144), petition (Doc. No. 146-1), and motion in limine (Doc. No. 151) are **DENIED.** It is further **ORDERED** that the Defendant's "Motion to Depose" (Doc. No. 145) is **DEEMED MOOT.**

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**