IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN T. WALKER, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK REGAN, | : | No. 13-7556 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 31st day of March, 2021, upon consideration of the Court's February 27, 2019 Memorandum and Order (Doc. Nos. 131 and 132), Defendant Frank Regan's Motion to Reconsider (Doc. No. 175), Plaintiff Shawn T. Walker's Response in Opposition (Doc. No. 187), and Mr. Regan's Notice of Recent Decision (Doc. No. 201), it is **ORDERED** that the Motion (Doc. No. 175) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE